**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**DIVERIOUS HOLDEN SR #448989**            **CASE NO. 1:17-CV-00311 SEC P**

**VERSUS**                                 **CHIEF JUDGE DRELL**

**WINN CORRECTIONAL CENTER ET AL**         **MAGISTRATE JUDGE PEREZ-MONTES**

**MEMORANDUM ORDER**

The application to proceed *in forma pauperis* having been considered,

IT IS ORDERED that petitioner be allowed to proceed *in forma pauperis* in this action.

IT IS ORDERED UNDER 28 U.S.C. § 1915(b) that the sum of **$ 5.67** be paid as an initial partial filing fee and that this fee be forwarded to the **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083**, by the Sheriff, Warden, or authorized prison official when funds exist in the inmate's prisoner account.

IT IS FURTHER ORDERED THAT, after payment of the initial filing fee, plaintiff is required to make monthly payments of 20 percent of the preceding month's income credited to his account until the $350.00 filing fee is fully paid to this Court.  The Sheriff, Warden, or authorized prison official shall forward such payment to the **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083**, EACH TIME the amount in the inmate's account exceeds $10.00 until the balance of the $350.00 filing fee is paid in full.

IT IS ALSO ORDERED THAT, if plaintiff is transferred to another facility or released from custody, the plaintiff shall notify the Court of his new facility or forwarding address.

THUS DONE in Chambers on this __2nd___ day of ___March_____, 2017.

_____
Joseph H. L. Perez-Montes
United States Magistrate Judge

cc Prison Accounts Officer - ACC