RECEIVED
APR 13 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

17-cv-0311 Sec P

Dear Your Honorable,

Im having great difficult with getting my mail, all my infomation ' access to the law library. I see where you signed' this on 24th, I didn't get my mail until the 1st of this month at 11:45 p.m. that night. No access to the law library ' i wasn't able to get my photos of the "red spot." They holding my mail up so could i please be appointed a lawyer to help me. I have all my information available but this faciliaty not delivering it. This has been occuring since i arrived in November. I need help i can't do what i suppose to, to get relief with administration not allowing me the time and constantly interfering with my corresponding to the courts. So i pray i will be given a chance to admit my photos to help show all my allegations. It's alot of under handed things dealing with me trying to get relief. Random shakedowns only in my legal mail. Please help me and don't disregard my Claim.

Yours Truelly
Diverious C. Holden SR.
'4-4-17