U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 25 2017

TONY R. MOORE, CLERK
BY: _____ MB _____
DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

---

| | |
|---|---|
| **DIVERIOUS HOLDEN, SR.** | **CIVIL ACTION NO. 17-0311** |
| **-vs-** | **JUDGE DRELL** |
| **WINN CORRECTIONAL, ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

---

## O R D E R

This case is hereby transferred to Judge James T. Trimble, Jr. for disposition.

SIGNED on this ___25___ day of April, 2017, at Alexandria, Louisiana.


DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT